UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

CASE NO. 1:11-CV-00408-HSO-RHW

FERDINAND ANTIGO, *et. al.*

    Plaintiffs,

v.

MICHAEL V. LOMBARDI, *et. al.*

    Defendants.

_____/

## **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs, Ferdinand Antigo, et al. voluntary dismiss Foundation for Worldwide International Student Exchange, without prejudice, with each party to bear its respective attorney fees and costs.

Dated: December 6, 2011

Respectfully submitted,

/s/ Nick Norris
Louis H. Watson, Jr. (MB#9053)
Nick Norris (MB#101574)
Louis H. Watson, Jr., P.A.
628 N. State Street
Jackson, Mississippi  39202
Telephone:  601.968.0000
Facsimile:  601.968.0010
Email:  nick@louiswatson.com
www.louiswatson.com

John Davidson (MB#9073)
Davidson Bowie, PLLC
Post Office Box 321405
Jackson, Mississippi  39232-1405
Telephone:  601.932.0028
Facsimile:  601.932.0115
Email:  jdavidson@dbslawfirm.net

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 6, 2011, I electronically filed the foregoing Notice of Voluntary Dismissal Without Prejudice with the Clerk of the Court for filing and uploading to the CM/ECF system which will send a notice of electronic filing to all counsel of record.

      /s/ Nick Norris  
      Nick Norris