IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**FERDINAND ANTIGO, ET AL.**     **PLAINTIFFS**

**V.**     **CIVIL ACTION NO.: 1:11cv408-HSO-RHW**

**MICHAEL V. LOMBARDI, ET AL.**     **DEFENDANTS**

## MOTION TO LIFT STAY

**COME NOW** Plaintiffs by and through counsel and serves this their Motion to Lift Stay. In support of this response, Plaintiffs respectfully represent to the Court as follows:

1. On January 10, 2012, this Court entered an Order staying the current case pending the resolution of the criminal case against Defendant Michael Lombardi. [Doc. 44].

2. On March 22, 2012, Defendant Michael Lombardi filed a notice of intent to change his plea to guilty, and the Court has set his criminal case for a hearing on April 2, 2012 wherein Mr. Lombardi will plead guilty and his criminal case will end.

3. As such, Plaintiffs request the Court to lift the stay on the current case on April 2, 2012 when Mr. Lombardi enters his guilty plea.

WHEREFORE, Plaintiffs respectfully request that the stay of the current case be lifted on April 2, 2012.

This, the 27th day of March, 2012.

    Respectfully submitted,

    s/ Nick Norris
    Nick Norris (MB No. 101574)

        Louis H. Watson, Jr. (MB No. 9053)
        Attorneys for Plaintiff

OF COUNSEL:

LOUIS H. WATSON, JR., P. A.
628 N. State Street
Jackson, MS 39202
Telephone:   (601) 968-0000
Facsimile     (601) 968-0010
nick@louiswatson.com

## CERTIFICATE OF SERVICE

I, Nick Norris, attorney for Plaintiff do hereby certify that I have this day filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing or mailed, via United States Mail, postage prepaid, to all counsel of record.

THIS, the 27th day of March, 2012.

        s\ Nick Norris

        NICK NORRIS