UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

FERDINAND ANTIGO, ET AL.

Plaintiffs

v.

CIVIL ACTION
No. 1:11cv408-HSO-RHW

MICHAEL V. LOMBARDI, EL AL.

Defendants

**STIPULATION OF DISMISSAL**

Plaintiffs Luis Villaluz, Irnie Ramos, Rodolfo Andrade, Enrico Edmundo Lising, Peter Cabusao, and Theodore Jastillana, III, and Defendant 5 Star Forestry, LLC, file this stipulation of dismissal under Federal Rule of Procedure 41(a)(1)(A)(ii).

1. Plaintiffs are Luis Villaluz, Irnie Ramos, Rodolfo Andrade, Enrico Edmundo Lising, Peter Cabusao, and Theodore Jastillana, III; defendant is 5 Star Forestry, LLC.

2. On October 28, 2011, Plaintiffs sued 5 Star Forestry, LLC.

3. Plaintiffs move to dismiss the suit.

4. 5 Star Forestry, which filed an answer, agrees to the dismissal.

5. This dismissal is with prejudice to refiling, and only encompasses Plaintiffs' claims against 5 Star Forestry. Plaintiffs' claims against other Defendants are not dismissed.

Dated June 26, 2013                                    Respectfully submitted,

/s/ Ryan Hicks_____

Ryan Hicks
Peter Schneider
Benjamin Ruemke
SCHNEIDERWALLACE
COTTRELL KONECKY, L.L.P.
3700 Buffalo Speedway # 1100
Houston, Texas 77098
Telephone: 713-338-2560
Fax: 866-505-8036
pschneider@schneiderwallace.com
rhicks@schneiderwallace.com
bruemke@schneiderwallace.com
*Admitted Pro Hac Vice*

Joseph C. Peiffer
FISHMAN HAYGOOD PHELPS
WALMSLEYWILLIS &
SWANSON, L.L.P.
201 St. Charles Avenue, Suite 4600
New Orleans, Louisiana 70170
Telephone: 504-586-5252
Fax: 504-586-5250
jpeiffer@fishmanhaygood.com
*Admitted Pro Hac Vice*

***Attorneys for Plaintiffs:***
Rodolfo Andrade
Peter Cabusao
Theodore Jastillana, III
Enrico Edmundo Lising
Irnie Ramos
Luis Villaluz


/s/ Frank "Kim" Breese, III_____
Frank "Kim" Breese, III
Breese Law Firm, PLLC
800 Woodlands Pkwy, Suite 103

Ridgeland, MS  39157
Telephone: (601) 351-3339
Fax:     (601) 487-6942
kim@breeselaw.com
***Attorney for Defendant 5 Star Forestry, LLC***

**CERTIFICATE OF SERVICE**

  I certify that I filed this document on June 26, 2013 using the CM-ECF system, which will electronically notify all parties.

                ___/s/ Ryan Hicks_____