IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**FERDINAND ANTIGO, ET AL.** **PLAINTIFFS**

**VERSUS** **CIVIL ACTION NO.: 1:11CV00408-HSO-RHW**

**MICHAEL V. LOMBARDI, ET AL.** **DEFENDANTS**

### NOTICE OF VOLUNTARY DISMISSALO WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs, Ferdinand Antigo, et al. voluntarily dismiss Ronald W. Ball, without prejudice, with each party to bear its respective attorney fees and costs.

Dated: January 21, 2014

        Respectfully submitted,

        SCHNEIDER WALLACE
        COTTRELL  KONECKY, LLP

       /s/ Benjamin Ruemke_____
            BENJAMIN RUEMKE
            SBOT: 24079250
            PETER B. SCHNEIDER
            SBOT: 00791615
            RYAN HICKS
            SBOT: 24008896
            3700 Buffalo Speedway
            Houston, Texas 770098
            Tele: (713)338-2560
            Fax:  (866) 505-8036
            ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I, Benjamin Ruemke, attorney for Plaintiff do hereby certify that I have this day filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing or mailed, via United States Mail, postage prepaid, to the following counsel of record.

Respectfully submitted,

SCHNEIDER WALLACE
COTTRELL  KONECKY, LLP

 /s/ Benjamin Ruemke
    BENJAMIN RUEMKE
    SBOT: 00791615