IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**FERDINAND ANTIGO, ET AL.**                                   **PLAINTIFFS**

**VERSUS**                         **CIVIL ACTION NO.: 1:11CV00408-HSO-RHW**

**MICHAEL V. LOMBARDI, ET AL.**                                **DEFENDANTS**

**ORDER ON STIPULATION OF DISMISSAL OF BEAU RIVAGE RESORTS INC. AS TO CERTAIN PLAINTIFFS**

After considering the parties' stipulation of dismissal, the Court

**GRANTS** the stipulation and dismisses the claims of Plaintiffs of Ferdinand Antigo, Gagah Alamsah, Luis Villaluz, Theodore Jastillana III, Peter Cabusao, Selim Doksanoglu, Marfizqi Fauzi, Nicomedes Maceda, Orlando Lavarnez, Marwoto Mariyono, Enrico Lising, Hilman Dinata, Dita Heruntoro, Sambas Permana, Harika Safari, Dennis Belda, Jimmy Hinayo, Jason Magundayao, Leviste Porcel, Henry Sejera, Regie Torsoro, June Agon, Eduardo Balles, Delia Duenas, Fathoni Gunawan, Iryna Hryharovich, Agustinus Kusumo, Richard Manalo, Maksim Masiyanchyk, Eko Raharjo, Roberto Verzo, Hyacinth Campbell, Jhoanne Davocol, Eduardo Deytiquez, Valrielyn Graham, Wilfredo Mislang, Rodolfo Andrade, Irnie Ramos against Defendant Beau Rivage Resorts, Inc., with prejudice.  Plaintiffs' claims are dismissed only as to Defendant Beau Rivage Resorts, Inc. and all of their claims against any other party remain pending.

**SO ORDERED AND ADJUDGED**, this the 25th day of February, 2014.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE

APPROVED & ENTRY REQUESTED

/s/ Benjamin Ruemke
Benjamin Ruemke
Peter Schneider
Ryan Hicks
SCHNEIDERWALLACE
COTTRELL KONECKY, L.L.P.
3700 Buffalo Speedway # 1100
Houston, Texas 77098
Telephone: 713-338-2560
Fax: 866-505-8036
pschneider@schneiderwallace.com
rhicks@schneiderwallace.com
bruemke@schneiderwallace.com
*Admitted Pro Hac Vice*

Joseph C. Peiffer
PEIFFER ROSEA ABDULLAH & CARR, LLP
201 St. Charles Avenue, Suite 4610
New Orleans, Louisiana 70170-4610
Telephone: (504) 586-5292
Fax: (504)310-0292

*Attorneys for Plaintiffs:*
Mario Abaday
Gagah Alamsah
Ferdinand Antigo
June Agon
Eduardo Balles
Vuenas De La Puerta
Arlene Dorotan
Delia Duenas
Fathoni Gunawan
Iryna Hryharovich
Ricardo Jabagat
Manuel Jusayan
Agustinus Kusumo
Orlando Lavarnez
Richard Manalo
Marwoto Mariyono
Maksim Masiyanchyk
Imelda Nosa
Eko Raharjo
Roberto Verzo
Hyacinth Campbell

Jhoanne Dovocol
Eduardo Deytiquez
Selim Doksanoglu
Hilman Dinata
Valrielyn Graham
Dita Heruntoro
Marfizqi Fauzi
Nicomedes Maceda
Wilfredo Mislang
Sambas Permana
Harika Safari
Dennis Belda
Jimmy Hinayo
Jason Magundayao
Leviste Porcel
Henry Sejera
Regie Tosoro
Irnie Ramos
Luis Villaluz
Rodolfo Andrade
Enrico Lising
Peter Cabusao
Theodore Jastillana, II

/s/ Steve Cupp
Fisher & Phillips LLP
2505 14th Street, Suite 300
Gulfport, MS 39501
Telephone: 228-822-1452
scup@laborlawyers.com
***Attorney for* Beau Rivage Resorts, Inc.**