7/20/2014

Dear Clerk of the Court:

Can you please give me a status update on case number 1:11-CV-00408-HSO-RHW? I have not received any type of correspondence in a very long time. I'm guessing the case has been dismissed, since it is fraudulent and completely frivolous.

However, if it is not I would like to send in an appropriate dismissal petition. I truly appreciate your response, since I'm extremely limited on what I can do from jail.

Sincerely,

M. Vincent Lombardi

I forgot one thing. If you need me to write a motion to the court pertaining to being indigent, I will do so, in order to have a complete file of all docket details, so I can appropriately respond to the frivolous lawsuit.